IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBIN N'NAMDI AJANI,<br><br>Defendant. | Case No. 1:21-cr-100<br><br>Count 1: 18 U.S.C. § 912<br>(False impersonation of an officer or employee of the United States) |

**INDICTMENT**

April 2021 Term – at Alexandria, Virginia

Count One

THE GRAND JURY CHARGES THAT:

On or about September 26, 2020, at Ronald Reagan Washington National Airport, in Arlington County, Virginia, within the Eastern District of Virginia, the defendant, ROBIN N'NAMDI AJANI, did falsely assume and pretend to be an officer or employee acting under the authority of the United States and any department, agency, and officer thereof, to wit: a Special Agent of the Federal Bureau of Investigation, and acted as such.

(In violation of Title 18, United States Code, Section 912)

A TRUE BILL

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

Raj Parekh
Acting United States Attorney

By: *(signature)*
Nicholas J. Schilling Jr.
Special Assistant United States Attorney
Marc J. Birnbaum
Assistant United States Attorney

2