JS 45 (01/2008)                    **REDACTED**

Criminal Case Cover Sheet                                                     U.S. District Court

**Place of Offense:**                    Under Seal: Yes____ No_X___    Judge Assigned:   Hon. Liam O'Grady

City                          Superseding Indictment _____    Criminal Number:  1:21-cr-100

County/Parish  Arlington_____    Same Defendant _____X_____    New Defendant _____

                              Magistrate Judge Case Number  1:21-MJ-50_____    Arraignment Date: _____

                              Search Warrant Case Number _____

                              R 20/R 40 from District of _____

                              Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes____ No _X_  FBI #: _____xxxxx3HB4_____

Defendant Name: AJANI, Robin N'Namdi_____   Alias Name(s) _____

Address:  Riverdale, GA_____

Employment: _____

Birth date xx/xx/1965  SS# _____   Sex M Def Race __Black__   Nationality _____   Place of Birth _____

Height _____ Weight _____ Hair _____ Eyes _____   Scars/Tattoos _____

Interpreter: ____ No ____ Yes  List language and/or dialect _____   Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody     ___ On Pretrial Release    _X_ Not in Custody

___ Arrest Warrant Requested     ___ Fugitive               ___ Summons Requested

___ Arrest Warrant Pending       ___ Detention Sought       _X_ Bond

**Defense Counsel Information:**

Name: _____    ___ Court Appointed      Counsel conflicted out: _____

Address: _____   _X_ Retained

Telephone: _____   ___ Public Defender    Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**

SAUSA Nicholas Schilling_____   Telephone No:  703-299-3784_____    Bar # _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

James R. Sobchack, Special Agent, FBI

**U.S.C. Citations:**

|       | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|-------|------------------|------------------------------------|--------------|-------------------------------|
| Set 1 | 18 U.S.C. § 912 | False Impersonation of an Officer or Employee of the United States | 1 | Felony |
| Set 2 |                  |                                    |              |                               |
| Set 3 |                  |                                    |              |                               |

(May be continued on reverse)

Date:   4/27/2021_____    Signature of SAUSA: _[signature]_